THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNERT O. VON MOSER, Appellant, against NEW YORK STATE PAROLE BOARD, Respondent.—

All concur.   [179 Misc. 397.]